UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT WOOTEN,<br><br>             Plaintiff,<br><br>    v.<br><br>THE STATE OF CALIFORNIA, et al., and THE UNITED STATES OF AMERICA, et al.,<br><br>             Defendant.<br>_____, | No. 2:13-cv-00104 MCE DAD<br><br><br><br>**RELATED CASE ORDER** |
| ROBERT WOOTEN,<br><br>             Plaintiff,<br><br>    v.<br><br>EDMUND G. BROWN, JR., KAMALA HARRIS; in their individual an official capacities; THE STATE OF CALIFORNIA, and THE UNITED STATES,<br><br>             Defendants. | No. 2:14-cv-02201-JAM-EFB |

The Court has received the Notice of Related Case filed on September 24, 2014.

Examination of the above-entitled civil actions reveals that these actions are

1

1  related within the meaning of Local Rule 123(a) (E.D. Cal. 1997).  The actions involve
2  many of the same defendants and are based on the same or similar claims, the same
3  property transaction or event, similar questions of fact and the same questions of law,
4  and would therefore entail a substantial duplication of labor if heard by different judges.
5       Accordingly, the assignment of the matters to the same judge is likely to effect a
6  substantial savings of judicial effort and is also likely to be convenient for the parties.
7       The parties should be aware that relating the cases under Local Rule 123 merely
8  has the result that both actions are assigned to the same judge; no consolidation of the
9  action is effected.  Under the regular practice of this court, related cases are generally
10 assigned to the district judge and magistrate judge to whom the first filed action was
11 assigned.
12      IT IS THEREFORE ORDERED that the action denominated 2:14-cv-02201 be
13 reassigned to Judge Morrison C. England, Jr. and Judge Dale A. Drozd for all further
14 proceedings, and any dates currently set in 2:14-cv-02201 are hereby VACATED.  The
15 Clerk of the Court is to issue an Order Requiring Joint Status Report.  Henceforth, the
16 caption on documents filed in the reassigned shall be shown as 2:14-cv-02201 MCE
17 DAD.
18      IT IS FURTHER ORDERED that the Clerk of the Court make appropriate
19 adjustment in the assignment of cases to compensate for this reassignment.
20      IT IS SO ORDERED.
21 Dated: October 7, 2014

_____
MORRISON C. ENGLAND, JR, CHIEF JUDGE
UNITED STATES DISTRICT COURT